**UNITED STATES of America, Appellant,. v. Percy W. MUZZEY, Appellee.**

**No. 170.**

Circuit Court of Appeals, Second Circuit.

Dec. 16, 1935.

Joseph A. McNamara, U. S. Atty., of Burlington, Vt., Will G. Beardslee, Director, Bureau of War Risk Litigation, of Washington, D. C., Wilbur C. Pickett, Sp. Asst. to Atty. Gen., and Armistead L. Boothe, Attorney, Department of Justice, of Washington, D. C., for the United States.

Warren R. Austin, Jr., and William H. Edmunds, both of Burlington, Vt., for appellee.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.·
Judgment affirmed.

**UNITED STATES of America, Appellant, v. SECURITY FIRST NATIONAL BANK OF LOS ANGELES et al., Appellees.**

**No. 8082.**

Circuit Court of Appeals, Ninth Circuit.

Jan. 6, 1936.

Peirson M. Hall, U. S. Atty., and E. H. Mitchell, Asst. U. S. Atty., both of Los Angeles, Cal.

Farrand & Slosson, of Los Angeles, Cal., for appellees.

Before WILBUR, GARRECHT, and DENMAN, Circuit Judges.

PER CURIAM.

On stipulation of counsel for respective parties, ordered appeal dismissed; mandate forthwith.

**The WHEATENA CORPORATION, Appellant, v. James J. HOEY, as Collector of Internal Revenue for the Second District of New York, and Francis W. H. Adams, as United States Attorney for the Southern District of New York, Appellees.**

**No. 176.**

Circuit Court of Appeals, Second Circuit.

Jan. 17, 1936.

See, also, E. Regensburg & Sons v. Higgins, 79 F.(2d) 516.

Davis & Wagner, of New York City (Arnold L. Davis, Guy C. Heater, Oscar B. Frazer, and Anselm P. Anderson, all of New York City, of counsel), for appellant.

Frank J. Wideman, Asst. Atty. Gen., James W. Morris, Sewall Key, and Andrew W. Sharpe, Sp. Assts. to Atty. Gen. (F. W. H. Adams, U. S. Atty., Francis H. Horan and Edward J. Ennis, Asst. U. S. Attys., and William F. Young, Sp. Asst. to U. S. Atty., all of New York City, of counsel), for appellees.

Before MANTON, SWAN, and CHASE, Circuit Judges.

PER CURIAM.

Decree reversed, and cause remanded to the District Court, with directions to enter a decree enjoining collection of the tax. An appropriate order shall be entered directing the repayment to the plaintiff of any cash, bonds, or funds which have been impounded or deposited pendente lite in conformity with the order of the court below. Rickert Rice Mills, Inc., v. Fontenot, 56 S.Ct. 374, 80 L.Ed. ——, January 13, 1936.